DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTOINETTE BATTLE** n/k/a **ANTOINETTE D. DOSS,**
Appellant,

v.

**EDDIE BATTLE,**
Appellee.

No. 4D2023-1554

[April 25, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE20-001575.

Antoinette Battle n/k/a Antoinette D. Doss, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***